ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
TIMOTHY BERNARD BAUM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br><br><br>TIMOTHY BERNARD BAUM,<br><br>          Defendant. | ) Case No.: 1:11-CR-00135-AWI<br>)<br>)<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING TRIAL<br>) CONFIRMATION AND JURY TRIAL<br>)<br>)<br>)<br>) DATE: November 5, 2012<br>) TIME: 10:00 a.m.<br>) Hon. Anthony W. Ishii |

    IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Trial Confirmation, presently set for November 5, 2012, at 10:00 a.m., and the Jury Trial, presently set for December 11, 2012, be vacated.  The parties further stipulate that a trial confirmation be set for April 1, 2013, at 10:00 a.m. and the Jury Trial be set for April 16, 2013, at 10:00 a.m.

    Good cause exists for this request as Anthony P. Capozzi, attorney for Defendant Timothy Bernard Baum, is in the process of obtaining an expert witness and needs additional time to review the 5,072 pages of discovery in order to prepare the witness for trial.

1 Based on the above-stated findings, the ends of justice
2 served by vacating the trial date and continuing this matter
3 for trial confirmation as requested outweigh the interest of
4 the public and the defendant in a trial within the original
5 date prescribed by the Speedy Trial Act.
6 For the purpose of computing time under the Speedy Trial
7 Act, 18 U.S.C. § 3161, et seq., within which trial must
8 commence, the time period of November 5, 2012, through April
9 16, 2013, inclusive, is deemed excludable pursuant to 18
10 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a
11 continuance granted by the Court at defendant's request on
12 the basis of the Court's finding that the ends of justice
13 served by taking such action outweigh the best interest of
14 the public and the defendant in a speedy trial.
15 So Stipulated:
16 DATED: October 31, 2012                Respectfully Submitted,
17
18                                        */s/Anthony P. Capozzi*
19                                        Anthony P. Capozzi
                                          Attorney for,
20                                        TIMOTHY BERNARD BAUM
21
22 DATED: October 31, 2012                */s/Mark J. McKeon*
                                          Mark J. McKeon
23                                        Assistant United States
                                          Attorney
24
25
26
27
28

**ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the Trial Confirmation now set for November 5, 2012, is continued to Monday, April 1, 2013, at 10:00 a.m. and the Jury Trial now set for December 11, 2012 is continued to April 16, 2013 at 8:30 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   November 1, 2012                    _____
                                              UNITED STATES DISTRICT JUDGE